IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv896-MHT |
| | ) | (WO) |
| WAL-MART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the magistrate judge (doc. no. 3), to which no objection has been filed, is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama.

(3) The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 29th day of December, 2015.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE